UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONALD R. JACKSON and
MYRTIS W. JACKSON,
as individuals,

    Plaintiffs,

v.      Case No. 3:04-cv-640-J-20HTS

GEOMETRICA, INC. a foreign
corporation, and BLACK &
VEATCH CORP., a foreign
corporation,

    Defendants.
_____

**O R D E R**

    This cause is before the Court on Defendant, Black & Veatch's Amended Motion for Defense Examination (Doc. #18), and Defendant, Black & Veatch's Amended Motion for Defense Vocational Rehabilitation Evaluation (Doc. #19; collectively Motions), both filed on September 26, 2005. Within five (5) days of the date of this Order, Defendant shall file a certificate of conference for the Motions pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida.

    **DONE AND ORDERED** at Jacksonville, Florida this 28th day of September, 2005.

                                    /s/       Howard T. Snyder
                                    HOWARD T. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any